# EXHIBIT A



# Mohawk Medical

340 Production Court
Louisville, Kentucky, 40299
Phone 800-500-2931 / Fax 800-567-1638
www.mohawkmedical.com
order@mohawkmedical.com

*Trusted by Physicians for over 50 years.*

| (Please Correct) To: | Office Manager |
|---|---|
| Name of Practice: | HEALTH ONE MEDICAL CENTER |
| Your Account ID: | 7764185 |
| Address: | |
| City/State/Zip: | |

## Great Low Price On Ketorolac (Toradol) Injection

| Quantity | Item No | Description | Regular Price | AUGUST PRICE |
|---|---|---|---|---|
| | 0961-05 | AZITHROMYCIN 250 MG TAB 3X6 | $23.13 | $17.00 |
| | 0720-01 | BETAMETHASONE 6 MG/ML MDV 5ML | $40.00 | $37.50 |
| | 9857-25 | CEFTRIAXONE 1GM VIALS BOX 25 | $54.75 | $44.65 |
| | 0032-25P | CYANOCOBALAMIN (B-12) 1000MCG/ML VL 10ML | $37.85 | $34.40 |
| | 0130-05P | CYANOCOBALAMIN (B-12) 1000MCG/ML VL 30ML | $133.75 | $89.90 |
| | 0306-02 | DEPO MEDROL 80 MG/ML VIAL 5ML | $89.88 | $86.00 |
| | 0421-30P | DEXAMETHASONE 4 MG/ML VIAL 30ML | $16.83 | $16.00 |
| | 0376-25 | DIPHENHYDRAMINE 50 MG VL 25X1ML | $26.02 | $24.00 |
| | 0293-28 | KENALOG 40 MG/ML VIAL EACH 10ML | $86.63 | $74.48 |
| | 0701-02 | KETOROLAC 60 MG VIALS BOX 25X2ML | $75.00 | $47.45 |
| | 4277-02P | LIDOCAINE 2% VIAL 50ML | $5.70 | $5.40 |
| | 0928-25 | PROMETHAZINE 25MG/ML VL 25X1ML | $29.50 | $26.00 |
| | 0776-90 | SILDENAFIL 20 MG TAB 90 | $46.05 | $43.75 |
| | 4128-79C | TESTOSTERONE CYP 200 MG/ML VL 10ML | $84.46 | $79.50 |

Fax to 800-567-1638
e-mail to order@mohawkmedical.com
Or Call 800-500-2931 Today!
**Thousands of Pharmaceuticals and Vaccines Available!**

_____ Check here to be removed from our fax list and fax to 800-567-1638
**Free Shipping on $100 orders.** Credit cards accepted.
Prices are subject to manufacturer change and availability.
Monday, August 08, 2016