# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Health One Medical Center, Eastpointe, P.L.L.C., | |
| Plaintiff, | Case No. 16-cv-13815 |
| v. | Judith E. Levy<br>United States District Judge |
| Bristol-Myers Squibb Company and Pfizer, Inc., | Mag. Judge Stephanie Dawkins Davis |
| Defendants. | |

_____/

## **JUDGMENT**

For the reasons stated in the order entered on today's date, it is ordered that the complaint be dismissed with prejudice.

IT IS SO ORDERED.

Dated: July 17, 2017            s/Judith E. Levy
Ann Arbor, Michigan            JUDITH E. LEVY
                               United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 17, 2017.

                                                s/Shawna Burns
                                                SHAWNA BURNS
                                                Case Manager