UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HEALTH ONE MEDICAL CENTER, EASTPOINTE P.L.L.C., individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>)<br>) Civil Action No.: 5:16-cv-13815<br>) |
| Plaintiff, | ) **CLASS ACTION**<br>) |
| v. | ) Judge Judith E. Levy<br>) |
| BRISTOL—MYERS SQUIBB COMPANY, and PFIZER INC., | ) Mag. Judge Stephanie Dawkins<br>) Davis<br>) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is given that Plaintiff Health One Medical Center, Eastpointe P.L.L.C. ("Plaintiff") hereby appeals to the United States Court of Appeals for the Sixth Circuit from: (1) the Opinion and Order entered on July 17, 2017, granting Defendants' Pfizer Inc. and Brystol—Myers Squibb Company's Motion to Dismiss and denying as moot Plaintiff's Motion to Certify Class (Doc. 52); and (2) the final Judgement entered in this Action on July 17, 2017 (Doc. 53).

Dated: August 16, 2017                    Respectfully submitted,

                                            HEALTH ONE MEDICAL CENTER, EASTPOINTE P.L.L.C., individually and as the representative of a class of similarly-situated persons,

By: /s/ Phillip A. Bock
One of Plaintiff's attorneys

Phillip A. Bock
Robert M. Hatch
Tod A. Lewis
Jonathan B. Piper
David M. Oppenheim
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle Street, Suite 1000
Chicago, IL 60602
Phone: (312) 658-5500

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2017, I caused the foregoing document to be filed using the Court's CM/ECF system, which automatically serves a copy upon all counsel of record.

/s/ Phillip A. Bock
One of Plaintiff's Attorneys