UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Health One Medical Center,
Eastpointe P.L.L.C.,

                Plaintiff(s),

v.                                      Case No. 5:16-cv-13815-JEL-SDD
                                       Hon. Judith E. Levy

Bristol-Myers Squibb Company,
et al.,

                Defendant(s).

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH 45202-3988

and all interested parties, by electronic means or first class U.S. mail, on August 17, 2017.

                                                        DAVID J. WEAVER, CLERK OF COURT

                                                        By: s/ D. Tyler
                                                             Deputy Clerk

Dated: August 17, 2017